**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | May 7, 2019 |
| **TIME:** | 3:00 p.m. |
| **DOCKET NUMBER(S):** | CV 18-6741 (KAM) |
| **NAME OF CASE(S):** | Murdock et al v. United Airlines Inc. et al |
| **FOR PLAINTIFF(S):** | Sava |
| **FOR DEFENDANT(S):** | Murdock and Williams; Beirsdorf, with Rybka |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | N/A |

**SETTLEMENT CONFERENCE RULINGS:**

Case settled.

The parties will file a stipulation discontinuing the action by July 15, 2019.