UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JUL 15 2019 ★
BROOKLYN OFFICE

| | |
|---|---|
| ERIC MURDOCK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 18-CV-6741<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Eric Murdock and Brenda Williams and counsel for defendant United Airlines, Inc. ("United"), that, pursuant to Fed. R. Civ. P. 41, whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims asserted against United in this action are hereby dismissed with prejudice and without costs to either party as against the other.

**IT IS FURTHER STIPULATED** that this Stipulation may be executed in counterparts and facsimile or PDF signatures shall he deemed to be original signatures.

Dated: June 5, 2019

| | |
|---|---|
| LAW OFFICE OF GARY PORT PC<br>d/b/a PORT and SAVA<br><br>_____<br>George Sava, Esq.<br>Port & Sava<br>303 Merrick Road, Suite 212<br>Lynbrook, New York 11563<br>Tel: (516) 352-2999<br>*Attorneys for Plaintiffs* | REED SMITH LLP<br><br>_____<br>Oliver Beiersdorf<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel.: (212) 521-5400<br>Fax: (212) 521-5450<br>*Attorneys for the Defendant United Airlines, Inc.* |

So Ordered: _s/KAM_____
Kiyo A. Matsumoto
U.S. District Judge